# EXHIBIT A

**Amended Complaint**
**Removal from the Superior Court of the District of Columbia**
*District of Columbia v. All of the Parcel of Land Identified as Square 5246, Lot 110, et al.*

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| DISTRICT OF COLUMBIA<br>1350 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, D.C. 20004<br>A MUNICIPAL CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>ALL OF THE PARCEL OF LAND<br>IDENTIFIED AS SQUARE 5246, LOT 110,<br>LOCATED IN THE 5700 BLOCK OF<br>EAST CAPITOL STREET, NE<br>IN THE DISTRICT OF COLUMBIA, *et al.*<br><br>**Defendants.** | :<br>:<br>:<br>:<br>:  2022 CA 2424 E(RP)<br>:  Judge Maurice Ross<br>:<br>:<br>: |

### AMENDMENT TO THE COMPLAINT IN CONDEMNATION

The District of Columbia (the "District") files this amendment to the Complaint in

Condemnation pursuant to the Court's December 12, 2023 *sua sponte* order, which ordered the

District to add the United States Department of Housing and Urban Development as a defendant.

Exhibit B to the Complaint is amended to add the United States Department of Housing

and Urban Development. An amended Exhibit B is attached hereto.

                               Respectfully submitted,

                               BRIAN L. SCHWALB
                               Attorney General for the District of
                               Columbia

                               DAVID FISHER
                               Deputy Attorney General,
                               Commercial Division

                               __/s/_____
                               WILLIAM D. BURK, D.C. Bar # 464349
                               Chief, Land Acquisition and Bankruptcy Section

/s/
ANDREW A. GLOVER, D.C. Bar # 980735
Assistant Attorney General, District of Columbia
400 6th St., NW, Suite 900
Washington, D.C. 20001
(202) 442-9830
Email: andrew.glover@dc.gov
Counsel for the District of Columbia

**CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing Amendment on all parties of record on January 12, 2024.

/s/
Andrew A. Glover

## AMENDED EXHIBIT B

### List of Interested Parties

DISTRICT OF COLUMBIA HOUSING AUTHORITY
1133 North Capitol Street, NE
Washington, DC 20002

CG MARKETPLACE, LLC
1040 Park Avenue
Suite 300
Baltimore, MD 21201

PNC BANK, N.A.
222 Delaware Avenue
Wilmington, DE 19801

BRIAN J. CANNON
4306 Farmfield Court
Baldwin, MD 21013

PATRICK G. TEHAN
2010 Holly Ridge Court
Lutherville, MD 21093

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT
U.S. Department of Housing and Urban Development
451 Seventh Street, S.W.
Washington, D.C. 20410

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| DISTRICT OF COLUMBIA<br>1350 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, D.C. 20004<br>A MUNICIPAL CORPORATION<br><br>        Plaintiff,<br><br>        v.<br><br>ALL OF THE PARCEL OF LAND<br>IDENTIFIED AS SQUARE 5246, LOT 110,<br>LOCATED IN THE 5700 BLOCK OF<br>EAST CAPITOL STREET, NE<br>IN THE DISTRICT OF COLUMBIA<br><br>AND<br><br>ALL OF THE PARCEL OF LAND<br>IDENTIFIED AS SQUARE 5273, LOTS 807,<br>808, 809, AND 7000 – 7014, LOCATED IN<br>THE 5800 BLOCK OF EAST CAPITOL<br>STREET, NE IN THE DISTRICT<br>OF COLUMBIA<br><br>AND<br><br>DISTRICT OF COLUMBIA<br>HOUSING AUTHORITY<br>1133 NORTH CAPITOL STREET, NE<br>WASHINGTON, DC 20002<br><br>AND<br><br>CG MARKETPLACE, LLC<br>1040 PARK AVENUE<br>SUITE 300<br>BALTIMORE, MD 21201<br><br>    SERVE:<br>    BUSINESS FILINGS INC. OF<br>    DELAWARE<br>    1015 15TH ST., NW, SUITE 1000<br>    WASHINGTON, DC 20005 | :<br>:<br>:<br>:<br>:  Civil Action No. __2022 CA 002424 E(RP)__<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

| | |
|---|---|
| **AND** | : |
| **PNC BANK, N.A.**<br>**222 DELAWARE AVENUE**<br>**WILMINGTON, DE 19801** | :<br><br>: |
| **AND** | : |
| **BRIAN J. CANNON**<br>**4306 FARMFIELD COURT**<br>**BALDWIN, MARYLAND 21013** | :<br><br>: |
| **AND** | : |
| **PATRICK G. TEHAN**<br>**2010 HOLLY RIDGE COURT**<br>**LUTHERVILLE, MARYLAND 21093** | :<br><br>: |
| **Defendants.** | : |

## COMPLAINT IN CONDEMNATION
(Action Involving Real Property)

The District of Columbia (the "District"), by and through undersigned counsel, brings this civil action, in connection with the taking of certain real property in the District of Columbia under the power of eminent domain, for the ascertainment and award of just compensation to the owners and parties with interests in the property hereby taken. The District states as follows:

1. The jurisdiction of this Court is predicated on D.C. Official Code §§ 11-921 (a)(3)(A)(ii) and 16-1303.

2. The real property taken is land, and any improvements thereon, located at:

    (1) Square 5246, Lot 110, located in the 5700 block of East Capitol Street, NE,

    (2) Square 5273, Lots 807, 808, 809, and 7000 through 7014, located in the 5800 block of East Capitol Street, NE.

The property is more specifically described on Exhibit A attached hereto (the "Property"). The estate taken in the Property is an estate in fee simple absolute, including, without limitation, any and all rights, claims, or interests in, to, or under the Property.

3. The Property is hereby taken for the use of, and in the name of, the District of Columbia. The authority for the taking is contained in D.C. Official Code § 16-1311, D.C. Act 24-411, and as set forth in the Declaration of Taking subsequently filed.

4. The public purposes for which the District hereby takes the fee simple interest in the Property include reducing food insecurity in an underserved neighborhood and providing revitalization in an economically distressed community. The District takes the Property for the additional public purposes of the removal of unsafe and unsanitary conditions, reduction of the incidence of crime, and the removal of garbage and other eyesores.

5. The agents of District authorized to negotiate for the purchase of the Property from the owners have been unable to acquire the Property at a price satisfactory to the District.

6. The names and addresses of persons or entities known to the District to have or claim a legal interest in the Property are set forth on Exhibit B. All persons or entities set forth on Exhibit B are hereby joined as defendants to this action generally to the end that all right, title, interest and estate of all said defendants in and to the Property shall be divested out of them and vested in the District.

7. The District claims an offset against just compensation for Defendants' use and occupancy of the Property after the taking and any further amounts owed insofar as real property taxes, special assessments, clean city charges or any other municipal obligations remain unpaid as of the date of the filing of this Complaint and have been assessed against the Property.

8. In addition to filing this Complaint, the District will file a Declaration of Taking executed by the Mayor, or her duly authorized designee, and tender to the Registry of the Court an amount equal to the estimated just compensation value of the Property, which amount is set forth in said Declaration of Taking.

**WHEREFORE**, Plaintiff respectfully requests that this Court decree:

(1) That the Property has been condemned to the extent of the interest described herein and set forth in the Declaration of Taking in accordance with D.C. Official Code Section 16-1314;

(2) That all rights, title and interest in and to the Property have vested in the District of Columbia;

(3) That trial by jury on the issue of just compensation be conducted as is required pursuant to D.C. Code § 16-1311 et seq.;

(4) That an amount equal to any compensation for Defendants' use and occupancy (if any) of the Property after the taking, as well as an amount for any unpaid real property taxes, special assessments, clean city charges and any other municipal obligations assessed against the Property through the date of this filing be awarded to Plaintiff as a set-off from the total amount of just compensation; and

(5) That the District be granted such other relief as may be lawful and proper.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of
Columbia

DAVID FISHER
Deputy Attorney General,
Commercial Division

__/s/_____
WILLIAM D. BURK, D.C. Bar # 464349
Chief, Land Acquisition and Bankruptcy Section

__/s/_____
ANDREW A. GLOVER, D.C. Bar # 980735
Assistant Attorney General, District of Columbia
400 6th St., NW, Suite 900
Washington, D.C. 20001
(202) 442-9830
Email: andrew.glover@dc.gov
Counsel for the District of Columbia

## EXHIBIT A
(Legal Description of Property)

Lot 110 in Square 5246 in the subdivision made by East Capitol Family Rental Limited Partnership, as per plat recorded in Liber No. 201 at folio 10 of the Records of the Office of the Surveyor for the District of Columbia.

AND

Lot 68 in Square 5273 in the subdivision made by the District of Columbia Housing Authority, as per plat recorded in Liber No. 208 at folio 92 of the Records of the Office of the Surveyor for the District of Columbia.

NOTE: At the date hereof the above described land is designated on the Records of the Assessor of the District of Columbia for assessment and taxation purposes as Lots 807, 808, 809 and 7000 through 7014 in Square 5273.

## **EXHIBIT B**

### List of Interested Parties

DISTRICT OF COLUMBIA HOUSING AUTHORITY
1133 North Capitol Street, NE
Washington, DC 20002

CG MARKETPLACE, LLC
1040 Park Avenue
Suite 300
Baltimore, MD 21201

PNC BANK, N.A.
222 Delaware Avenue
Wilmington, DE 19801

BRIAN J. CANNON
4306 Farmfield Court
Baldwin, MD 21013

PATRICK G. TEHAN
2010 Holly Ridge Court
Lutherville, MD 21093