# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>      Plaintiff,<br><br>v.<br><br>ALL OF THE PARCEL OF LAND<br>IDENTIFIED AS SQUARE 5246, LOT 110,<br>LOCATED IN THE 5700 BLOCK OF<br>EAST CAPITOL STREET, NE<br>IN THE DISTRICT OF COLUMBIA, *et al.*<br><br>      Defendants. | Civil Action No. 24-2068 (JEB) |

### CONSENT MOTION TO SUBSTITUTE THE "UNITED STATES" FOR THE "U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT"

  The United States, by and through counsel, the United States Attorney for the District of Columbia, and with the full consent and support of the District of Columbia, hereby respectfully moves this Court, pursuant to Fed. R. Civ. P. 71.1(c)(3) and (g), to substitute the "United States" for the "U.S. Department of Housing and Urban Development." As grounds for this motion, the United States submits and relies on the following supporting statement:

  As set forth in the First Defense of its Amended Answer, filed contemporaneously, the United States has only consented to be sued for condemnation and foreclosure actions pursuant to 28 U.S.C. § 2410(a), which requires the naming of the United States as a party in condemnation and foreclosure actions. The United States has not consented to the U.S. Department of Housing and Urban Development (HUD) being sued, and HUD remains immune from such suits and thus beyond the jurisdiction of the Court. Therefore, HUD remains incompetent to be sued under § 2410(a). Because HUD cannot claim an interest in the property that is the subject of the

condemnation action, given its incompetence under § 2410(a), it is not a proper party under Fed. R. Civ. P. 71.1(c)(3), and it may be substituted as a party pursuant to 71.1(g).  When a party is determined to be incompetent, subparagraph (g) of the rule permits the Court, on motion and notice of hearing to a nonparty, to order that the proper party be substituted.  *See Constitution Pipeline Co., LLC v. Permanent Easement for 1.80 Acres*, 3:14-CV-2049 (NAM), 2021 WL 4624486 (N.D.N.Y. Oct. 7, 2021) (unpublished).  No additional notice to the United States is necessary here.  Counsel for the United States has conferred with Counsel for the District of Columbia, who consented to this motion.

WHEREFORE, the United States submits that the Court should substitute the "United States" for the "U.S. Department of Housing and Urban Development."  A proposed order consistent with this motion is attached hereto.

August 27, 2024

Respectfully submitted,

MATTHEW GRAVES,
United States Attorney
D.C. Bar #481052

By:      /s/   Oliver W. McDaniel
OLIVER W. McDANIEL, D.C. Bar No. 377360
DARRELL C. VALDEZ, D.C. Bar No. 420232
MELISSA GOFORTH KOENIG,
TX Bar No. 24027269
Assistant United States Attorneys
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2508 (owm)
oliver.mcdaniel@usdoj.gov

*Counsel for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2024, I served the foregoing Consent Motion to Substitute and an accompanying proposed order by sending it by the Electronic Case Filing (ECF) System, to the extent that the recipient has access, or by email, to the following recipients:

AAG William Burk, Esquire
AAG Andrew Glover, Esquire
Office of the Attorney General for D.C.
400 6th Street, NW, Suite 900
Washington, D.C.  20001
Counsel for Plaintiff District of Columbia

Edward Scheideman, Esquire
DLA Piper LLP (US)
500 8th Street, NW
Washington, D.C.  20004
Counsel for Defendant CG Marketplace, LLC

Brett Ingerman, Esquire
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD  21209
Counsel for Defendant CG Marketplace, LLC

David Hawkins, Esquire
The Hawkins Law Firm, PLLC
2101 L Street, NW, Suite 800
Washington, D.C.  20037
Counsel for Defendant District of Columbia Housing Authority

James T. Heidelbach, Esquire
Gebhardt & Smith, LLP
One South Street, Suite 2200
Baltimore, MD   21202
Counsel for Defendants Brian Cannon, PNC Bank, NA, and Patrick G. Tehan

      /s/ *Oliver W. McDaniel*
OLIVER W. MCDANIEL
ASSISTANT UNITED STATES ATTORNEY