UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA,**<br><br>Plaintiff,<br><br>v.<br><br>**CG MARKETPLACE, LLC, et al.,**<br><br>Defendant. | Civil Action No. 24-2068 (JEB) |

## ORDER OF REFERRAL

Pursuant to the parties' joint request to refer this case to the Circuit Mediation Program, the Court hereby ORDERS that:

1. The Clerk shall refer the matter to the Circuit Mediation Program;

2. Mediation shall occur from October 2, 2024, through December 2, 2024; and

3. The parties shall file a joint status report by December 2, 2024.

*James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: October 1, 2024

1