# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, <br><br>                    Plaintiff, <br><br>    v. <br><br>ALL OF THE PARCEL OF LAND IDENTIFIED AS SQUARE 5246, LOT 110, LOCATED IN THE 5700 BLOCK OF EAST CAPITOL STREET, NE IN THE DISTRICT OF COLUMBIA, *et al.* <br><br>                    Defendants. | Civil Action No. 24-2068 (JEB) |

**UNITED STATES' PARTIALLY UNOPPOSED MOTION FOR LEAVE TO FILE ITS SECOND AMENDED ANSWER TO AMENDED COMPLAINT IN CONDEMNATION**

The United States of America, by and through counsel, the United States Attorney for the District of Columbia, on behalf of the U.S. Department of Housing and Urban Development (HUD), hereby respectfully moves this Court for leave to file the accompanying Second Amended Answer to the Amended Complaint in Condemnation pursuant to Fed. R. Civ. P. 71.1(e) & (f) and Rule 6(b), as well as Local Civil Rule (LCvR) 7(i). Counsel for the United States has conferred as required by LCvR 7(m) with counsel for the other parties in the case to determine their positions on the motion. As noted in the most recent Status Report filed on March 18, 2025, by the District of Columbia, CG Marketplace, LLC, and PNC Bank, N.A., the agreed schedule reflects, in text, the United States' filing a Second Amended Answer on April 1st. *See* Status Report (SR) at 1, ¶ 2. However, in the listed schedule, it reflects the United States filing its Motion for Leave to File Second Amended Answer on April 1st. *See* SR at 2. Notwithstanding, Counsel for all parties

except CG Marketplace, LLC advised Counsel for the United States that their clients do not oppose the filing of the Second Amended Answer. In further support of the motion, the United States submits and relies on the following supporting memorandum establishing good cause to grant the motion.

The filing of the Second Amended Answer is necessitated by the revelation following mediation that corrections to statutory and regulatory citations were necessary. In addition, Counsel for the United States were notified of a factual basis for additional objections or defenses. Counsel for the United States believed that they bore an obligation to correct the citations and to pursue all relevant defenses on behalf of HUD as a client Department. Given that all parties received fair notice of the prospective filing and were able to develop and propose to the Court a briefing schedule, the United States clearly acted in good faith and proposed the amendment without undue delay. The litigation moreover has not advanced to the point that amendment would be too difficult or unwieldy at the dispositive motion and pre-discovery stage of the case.

Finally, the amendment could not reasonably be considered as futile. Accordingly, the United States submits that good cause supports granting it leave to file a Second Amended Answer.

* * * *

WHEREFORE, the foregoing considered, the United States submits that the Court should grant its Partially Unopposed Motion for Leave to File Its Second Amended Answer. A corresponding proposed order accompanies this motion.

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:           /s/
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2508 | oliver.mcdaniel@usdoj.gov

April 1, 2025

## CERTIFICATE OF SERVICE

I hereby certify, on this 1st day of April, 2025, that I caused copies of the foregoing United States' Partially Unopposed Motion for Leave to File Second Amended Answer, proposed order, Second Amended Answer and Exhibits to be served on the following by the Court's CaseFileXpress electronic filing system, to the extent the recipient has access, or by U.S. mail:

AAG William Burk, Esquire
AAG Andrew Glover, Esquire
Office of the Attorney General for D.C.
400 6th Street, NW, Suite 900
Washington, D.C. 20001
Counsel for Plaintiff District of Columbia

Edward Scheideman, Esquire
DLA Piper LLP (US)
500 8th Street, NW
Washington, D.C. 20004
Counsel for Defendant CG Marketplace, LLC

Brett Ingerman, Esquire
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209
Counsel for Defendant CG Marketplace, LLC

David Hawkins, Esquire
The Hawkins Law Firm, PLLC
2101 L Street, NW, Suite 800
Washington, D.C. 20037
Counsel for Defendant District of Columbia Housing Authority

James T. Heidelbach, Esquire
Gebhardt & Smith, LLP
One South Street, Suite 2200
Baltimore, MD 21202
Counsel for Defendants Brian Cannon, PNC Bank, NA, and Patrick G. Tehan

　　　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　　OLIVER MCDANIEL
　　　　　　　　　　　　　　　　Assistant United States Attorney